IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLTEX DRILLING AND | § | CASE NO.  07-33154-H2-7 |
| PRODUCTION COMPANY, INC. | § | |
| | § | (Chapter 7) |
| Debtor | § | |

### APPLICATION TO PAY FUNDS INTO THE REGISTRY
### UNDER 11 U.S.C. §374(a)

The undersigned Trustee reports:

_____    The dividends payable to the creditors listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

____√____    More than ninety (90) days have passed since the final distribution, and the dividends payable to the creditors listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq.*).

Dated:  November 15, 2010              Respectfully submitted,


By:     */s/ Pamela Gale Johnson*
         Pamela Gale Johnson
         Fed ID No. 4481
         TBN 10777700
         1000 Louisiana, Suite 2000
         Houston, Texas 77002
         Telephone:  (713) 276-1664
         Facsimile:  (713) 751-1717

         **CHAPTER 7 TRUSTEE**

## EXHIBIT "A"

Please Check One:

_____          Small Dividends

___√___          Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Archaea Energy, LLC<br>2611 FM 1960 W<br>Suite F-204<br>Houston, TX 77068 | 3 | $290.60 |
| Archaea Energy, LLC<br>2611 FM 1960 W<br>Suite F-204<br>Houston, TX 77068 | 4 | $2,906.01 |
| Archaea Energy, LLC<br>2611 FM 1960 W<br>Suite F-204<br>Houston, TX 77068 | 5 | $2,906.02 |
| | TOTAL: | $6,102.63 |

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the *Application to Funds into the Registry of the Court Under 11 U.S.C. § 374(a),* was sent to all registered ECF users in this case, otherwise, by U.S. first class mail, postage pre-paid to all parties listed below at the addresses shown, on this 15th day of November, 2010:

Debtor
Alltex Drilling and Production Company, Inc.
8711 Hwy 6 North, Suite 270
Houston, Texas 77095

Debtor's Attorney
Julie Mitchell Koenig
Tow and Koenig, PLLC
26219 Oak Ridge Drive
The Woodlands, Texas 77380

U.S. Trustee
Office of the U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

*/s/ Pamela Gale Johnson*
Pamela Gale Johnson